PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant. | Adversary No. 20-03107-sgj |

---

[1] The last four digits of the Debtor's taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:41217.2 36027/001

### ERRATA TO DEBTOR'S (I) OBJECTION TO CLAIM NO. 77 OF PATRICK HAGAMAN DAUGHERTY AND (II) COMPLAINT TO SUBORDINATE CLAIM OF PATRICK HAGAMAN DAUGHERTY

Highland Capital Management, L.P., the debtor and debtor-in-possession (the "Debtor" or "Plaintiff") in the above-captioned chapter 11 case ("Bankruptcy Case") and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby files this *Errata to Debtor's (i) Objection to Claim No. 77 of Patrick Hagaman Daugherty and (ii) Complaint to Subordinate Claim of Patrick Hagaman Daugherty* (the "Errata")[2] and respectfully states as follows:

1. The Debtor inadvertently made two legally irrelevant factual errors in the Claim Objection (together, the "Erroneous Facts"). Specifically, the Claim Objection states that Daugherty's "employment by Strand was terminated for cause" on May 28, 2009. *See* Claim Objection ¶¶ 1 and 33. This is incorrect because (a) Daugherty was never employed by Strand Advisors, Inc., and (b) the Debtor takes no position at this time on whether Mr. Daugherty was removed "for cause" from his position as an officer of Strand Advisors, Inc.

2. The second sentence of paragraphs 1 and 33 of the Claim Objection should be deemed to be deleted and replaced with the following sentence: "Mr. Daugherty ceased to be an officer of Strand Advisors, Inc., on or about May 28, 2009."

3. For the avoidance of doubt, the Debtor does not rely on the Erroneous Facts to support its Claim Objection and is filing this Errata to enable the parties and the Court to focus on the merits of the Daugherty POC and the Claim Objection thereto.

[*Remainder of Page Intentionally Blank*]

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the *Debtor's (i) Objection to Claim No. 77 of Patrick Hagaman Daugherty and (ii) Complaint to Subordinate Claim of Patrick Hagaman Daugherty* [Adv. Docket No. 1] (the "Claim Objection") filed on August 31, 2020.

Dated: September 29, 2020.	**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
(*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com
          gdemo@pszjlaw.com


-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on September 29, 2020, true and correct copies of the foregoing document were served on the parties listed below via electronic service at the e-mail addresses listed.

                    */s/ Zachery Z. Annable*
                    Zachery Z. Annable, Esq.

| **Counsel for Patrick Hagaman Daugherty:**<br><br>Mr. Jason Kathman<br>Pronske & Kathman, P.C.<br>2701 Dallas Parkway, Suite 590<br>Plano, Texas 75093<br>jkathman@pronskepc.com<br><br>*(via electronic service)* | |
|---|---|